# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-1093** | **September Term, 2012** |
| | EPA-78FR6674 |
| | Filed On: April 2, 2013 [1428492] |

State of Delaware, Department of Natural Resources & Environmental Control,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 13-1102

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 13-1102 are directed to file the following documents by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 2, 2013 |
| Statement of Issues to be Raised | May 2, 2013 |

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/
        Amy Yacisin
        Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form