# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-1093** | **September Term, 2012** |
| | **EPA-78FR6674** |
| | **Filed On: April 2, 2013** [1428600] |

State of Delaware, Department of Natural Resources & Environmental Control,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

-----------------------------

Consolidated with 13-1095, 13-1102

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No.13-1095 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 2, 2013 |
| Statement of Issues to be Raised | May 2, 2013 |

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
      Laura M. Chipley
      Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form